# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: CEREN, JEFFERY A. § Case No. 09-30270
      CEREN, JACQUELINE B. §
                          §
Debtor(s) §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND                , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   Northern District of Illinois
   219 S. Dearborn
   Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at        on  / /   in Courtroom 140, United States Courthouse,
Kane County Courthouse
100 S. Third Street
Geneva, IL 60134.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  01/08/2011    By:  JOSEPH R. VOILAND
                                                                            Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: CEREN, JEFFERY A. | § | Case No. 09-30270 |
| CEREN, JACQUELINE B. | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 13,902.15 |
| *and approved disbursements of* | $ 2,165.00 |
| *leaving a balance on hand of* [1] | $ 11,737.15 |
| **Balance on hand:** | $ 11,737.15 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 11,737.15 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOSEPH R. VOILAND | 2,045.22 | 0.00 | 2,045.22 |
| Trustee, Expenses - JOSEPH R. VOILAND | 205.40 | 0.00 | 205.40 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 2,250.62 |
| Remaining balance: | $ 9,486.53 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

       Total to be paid for prior chapter administrative expenses: $   0.00
       Remaining balance: $   9,486.53

  In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $21,484.68 must be paid in advance of any dividend to general (unsecured) creditors.

  Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 16P | Illinois Department of Revenue | 21,484.68 | 0.00 | 9,486.53 |

       Total to be paid for priority claims: $   9,486.53
       Remaining balance: $   0.00

  The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

  Timely claims of general (unsecured) creditors totaling $ 944,526.22 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

  Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Yellow Book Sales & Distribution Inc | 11,811.65 | 0.00 | 0.00 |
| 3 | American Infosource Lp As Agent for | 696.67 | 0.00 | 0.00 |
| 4 | PYOD LLC its successors and assigns as assignee of | 30,552.95 | 0.00 | 0.00 |
| 5 | PYOD LLC its successors and assigns as assignee of | 107.54 | 0.00 | 0.00 |
| 6 | GE Money Bank dba BOMBARDIER | 13,985.07 | 0.00 | 0.00 |
| 7 | Key Bank | 137,048.74 | 0.00 | 0.00 |
| 8 | Chase Bank USA, N.A. | 36,465.58 | 0.00 | 0.00 |
| 9 | Chase Bank USA, N.A. | 32,331.06 | 0.00 | 0.00 |
| 10 | Ferguson Enterprises, Inc. #1550 | 25,839.94 | 0.00 | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

| 11 | INSCO DICO Group | 24,702.19 | 0.00 | 0.00 |
|---|---|---:|---:|---:|
| 12 | American Express Centurion Bank | 7,495.89 | 0.00 | 0.00 |
| 13 | American Express Bank, FSB | 242.75 | 0.00 | 0.00 |
| 14 | US Department of Education | 17,273.10 | 0.00 | 0.00 |
| 15 | Von Maur Inc | 365.18 | 0.00 | 0.00 |
| 16U | Illinois Department of Revenue | 2,517.09 | 0.00 | 0.00 |
| 17 | Fia Card Services, NA/Bank of America | 20,294.04 | 0.00 | 0.00 |
| 18 | Fia Card Services, NA/Bank of America | 8,120.15 | 0.00 | 0.00 |
| 19 | Auburn Supply Co. | 35,612.92 | 0.00 | 0.00 |
| 20 | The Private Bank and Trust Co | 332,028.48 | 0.00 | 0.00 |
| 21 | The Private Bank and Trust Co | 29,838.36 | 0.00 | 0.00 |
| 22 | The Private Bank and Trust Co | 177,196.87 | 0.00 | 0.00 |

Total to be paid for timely general unsecured claims:   $    0.00
Remaining balance:   $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

Total to be paid for tardy general unsecured claims:   $    0.00
Remaining balance:   $    0.00

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00


Prepared By:  /s/JOSEPH R. VOILAND
                        Trustee

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL  60560
(630) 553-1951

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: pgordon                Page 1 of 3                   Date Rcvd: Feb 14, 2011
Case: 09-30270                Form ID: pdf006              Total Noticed: 89

The following entities were noticed by first class mail on Feb 16, 2011.
db/jdb        +Jeffery A. Ceren,    Jacqueline B. Ceren,    855 Bay Way Blvd Unit 406,
                Clearwater Beach, FL 33767-2626
aty           +Bradley S Covey,    Springer, Brown,Covey, Gaertner & Davis,    232 S Batavia Ave,
                Batavia, IL 60510-3169
tr            +Joseph Voiland,    Joseph R. Voiland,    1625 Wing Road,    Yorkville, IL 60560-9263
14331252       ACS,    PO Box 7051,    Utica, NY 13504-7051
14331261      +ARC,    4100 N. Fairfax Dr., Ste. 600,    Arlington, VA 22203-1657
14331264       AT&T,    PO Box 8100,    Aurora, IL 60507-8100
14331253      +Acuity,    2800 South Taylor Drive,    PO Box 718,    Sheboygan, WI 53082-0718
14331254      +Airlines Reporting Corp.,    4100 N. Fairfax Dr., Ste. 600,    Arlington, VA 22203-1657
14331257       American Express,    PO Box 0001,    Los Angeles, CA 90096-8000
15228779       American Express Bank, FSB,    Becket and Lee LLP,    Attorneys/Agent for Creditor,    POB 3001,
                Malvern, PA 19355-0701
15228778       American Express Centurion Bank,    Becket and Lee LLP,    Attorneys/Agent for Creditor,    POB 3001,
                Malvern, PA 19355-0701
14331260      +American Marketing & Publishing LLC,    915 East Lincoln Highway,    PO Box 801,
                Dekalb, IL 60115-0801
14331262      +Arnold and Kadjan,    19 W. Jackson Blvd.,    Chicago, IL 60604-3915
14331263       At& T Mobility,    PO Box 6463,    Carol Stream, IL 60197-6463
15562517      +Auburn Supply Co.,    131 S. Dearborn,    Attn: Trisha Rich,    Chicago, IL 60603-5517
14331265      +Auburn Supply Company,    3820 West 167th Street,    Markham, IL 60428
14578439      +Auburn Supply co,    c/o Holland & Knight,    131 S Dearborn St., 30th Floor,
                Chicago IL 60603-5517
14331270       BP,    PO Box 9033,    Carlsbad, CA 92018-9033
14331266       Bank of America,    PO Box 15019,    Wilmington, DE 19886-5153
14331268       Bank of America,    PO Box 9000,    Getzville, NY 14068-9000
14331269      +Bank of America,    PO Box 26078,    Greensboro, NC 27420-6078
14331271       Chase,    PO Box 15153,    Wilmington, DE 19886-5153
15180311       Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
14331272       Chase Card,    PO Box 15153,    Wilmington, DE 19886-5153
14331273      +Chicago Journeymen Plumbers’,    Local Union 130, UA,    1340 West Washington Blvd.,
                Chicago, IL 60607-1980
14331275       CitiCard,    PO Box 688901,    Des Moines, IA 50368-8901
14331274       Citibusiness Card,    PO Box 688901,    Des Moines, IA 50368-8901
14331283       Clearwater Point Inc. #7,    Progressive Management Inc.,    PO Box 628207,
                Orlando, FL 32862-8207
14331285      +Cottingham & Butler,    PO Box 449,    Dubuque, IA 52004-0449
14331286      +Crawford Supply Company,    1958 Payspher Circle,    Chicago, IL 60674-0001
14331287      +D&I Electronics, Inc.,    24802 Caton Farm Rd.,    Plainfield, IL 60586-9214
14331288       David J. Rickert Kane County Treas.,    PO Box 4025,    Geneva, IL 60134-4025
14331289       Diane Nelson, CFC,    Pinellas County Tax Collector,    PO Box 10832,    Clearwater, FL 33757-8832
14331290       Direct Loans,    PO Box 530260,    Atlanta, GA 30353-0260
14331291       Exxon Mobil,    PO Box 688941,    Des Moines, IA 50368-8941
14331293     ++++FOX VALLEY PHONE LLC,    W324 N CIRCLE DR,    GENOA CITY WI    53128-1154
                (address filed with court: Fox Valley Phone LLC,     W324 Circle Drive,    Genoa City, WI 53128)
14331292      +Ferguson Enterprises, Inc. #1550,    1401 North Cicero Avenue,    Chicago, IL 60651-1600
15151757       GE Money Bank dba BOMBARDIER,    Care of GE Consumer Finance,    PO Box 530912,
                Atlanta GA 30353-0912
14331295       GMAC,    PO Box 380902,    Bloomington, MN 55438-0902
14331297      +Grochocinski Grochocinski & Lloyd,    1900 Ravinia Pl.,    Orland Park, IL 60462-3760
14331301       HSBC,    PO Box 37281,    Baltimore, MD 21297-3281
14331298      +Holland & Knight,    131 S. Dearborn St., 30th floor,    Chicago, IL 60603-5517
14331299       Home Depot,    PO Box 6029,    The Lakes, NV 88901-6029
14331300      +Hoscheit, McGuirk & Cuscaden, PC,    1001 E. Main St., Ste. G,    Saint Charles, IL 60174-2204
14578438      +INSCO DICO Group,    c/o Developers Surety Indemnity Co,    17780 Fitch Ste 200,
                Irvine CA 92614-6060
15538050       Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
14331302      +Illinois Department of Revenue,    PO Box 19084,    Springfield, IL 62794-9084
14331305      +Key Bank,    c/o Weltman, Weinberg & Reis, Co.LPA,    323 W Lakeside Ave., 2nd Fl,
                Cleveland OH 44113-1085
14331306      +LEAF,    PO Box 644006,    Cincinnati, OH 45264-0309
14331307       Leaf Funding,    PO Box 644006,    Cincinnati, OH 45264-4006
14331308      +Local 130,    1340 W. Washington Blvd.,    Chicago, IL 60607-1980
14331309      +Local 422,    2114 I80 S. Frontage Rd.,    Joliet, IL 60436-8300
14331310      +Local 501,    1295 Butterfield Rd.,    Aurora, IL 60502-8879
14331311      +Metropolitan Industries, Inc.,    37 Forestwood Drive,    Romeoville, IL 60446-1343
14331314      +Norcor Naperville Associates, LLC,    5648 Paysphere Circle,    Chicago, IL 60674-0001
14331315       Northern Illinois Benefit Funds,    1295 Butterfield Road,    Aurora, IL 60502-8879
15150505      +PYOD LLC its successors and assigns as assignee of,    Citibank,    c/o Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
14580082      +Pinellas County Tax Collector,    Attn: Robin Ferguson, CFCA Tax Manager,    Pob 10834,
                Clearwater FL 33757-8834
14331319      +Private Bank,    70 West Madison,    Chicago, IL 60602-4252
14331321      +Public Storage,    2109 Ogden Ave.,    Lisle, IL 60532-1508
14331325      +Recco Tool & Supply,    8805 W. Joliet Road,    McCook, IL 60525-3270
14331326      +SG Supply Company,    3725 Paysphere Circle,    Chicago, IL 60674-0001
14331327      +Skipper Buds,    215 North Point Drive,    Winthrop Harbor, IL 60096-1370
14331328      +Syscon, Inc.,    15 Spinning Wheel Drive,    Suite 218,    Hinsdale, IL 60521-7666
14331333      +TRAMS,    5777 W. Century Blvd., Ste. 1200,    Los Angeles, CA 90045-5674
14331329       Target National Bank,    PO Box 59317,    Minneapolis, MN 55459-0317
14331330      +Teller Levit & Silvertrust,    11 E. Adams Street,    Chicago, IL 60603-6369
14578437      +The INSCO DICO Group,    3027 English Rows Ave,    Ste 205,    Naperville IL 60564-5107
14331331      +The Private Bank,    70 W. Madison, Ste. 200,    Chicago, IL 60602-4218
```

```
District/off: 0752-1          User: pgordon              Page 2 of 3                   Date Rcvd: Feb 14, 2011
Case: 09-30270                Form ID: pdf006            Total Noticed: 89

14331332      +The Private Bank & Trust Company,    501 West State Street,    Geneva, IL 60134-2149
14331318      +The Private Bank and Trust Co,    Deutsch, Levy & Engel Chartered,    c/o Joel A Stein,
                225 W Washington St., Ste 1700,    Chicago IL 60606-3482
15379538       US Department of Education,    Direct Loan Svcg,    PO Box 5609,    Greenville,TX 75403-5609
14331334     ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
              (address filed with court: Von Maur,     PO Box 790298,    Saint Louis, MO 63179-0298)
15380455     ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
              (address filed with court: Von Maur Inc,     6565 Brady Street,    Davenport IA 52806)
14331336       Washington Mutual,    PO Box 9001123,    Louisville, KY 40290-1123
14331337      +Waste Management,    PO Box 4648,    Carol Stream, IL 60197-4648
14331338      +Waterware Luxury Plumbing,    1829 South State Street,    Chicago, IL 60616-1610
14331339      +Wm. F. Meyer Company,    1855 East New York Avenue,    Aurora, IL 60502-8610
14943282      +Yellow Book Sales & Distribution Inc,    c/o RMS Bankruptcy Recovery Services (HB,    Pob 5126,
                Timonium MD 21094-5126
14331340      +Yellow Book Sales and Distribution,    c/o Baker & Miller, P.C.,    29 N. Wacker Dr., 5th Fl.,
                Chicago, IL 60606-2851
14331341      +Zygmunt Associates,    PO Box 542,    Westmont, IL 60559-0542
The following entities were noticed by electronic transmission on Feb 14, 2011.
15122115       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 15 2011 00:28:54
                American Infosource Lp As Agent for,     Target,    PO Box 248866,    Oklahoma City, OK   73124-8866
14331284       E-mail/Text: legalcollections@comed.com                         ComEd,    PO Box 6111,
                Carol Stream, IL 60197-6111
15562201       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 15 2011 00:28:54
                Fia Card Services, NA/Bank of America,     by American Infosource Lp As Its Agent,    PO Box 248809,
                Oklahoma City, OK   73124-8809
14331294      +E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2011 00:32:13     GE Money Bank,    PO Box 530912,
                Atlanta, GA 30353-0912
14331303      +Fax: 602-221-4614 Feb 15 2011 00:18:32     JP Morgan Chase,    900 Stuart Avenue,
                Garden City, NY 11530-4855
14331304      +Fax: 602-221-4614 Feb 15 2011 00:18:32     JP Morgan Chase Bank,    900 Stuart Avenue,
                Garden City, NY 11530-4855
14331312       E-mail/Text: bankrup@nicor.com                         Nicor Gas,    PO Box 0632,
                Aurora, IL 60507-0632
14331316      +E-mail/Text: bankruptcy@paetec.com                         Paetec,    PO OBox 3177,
                Cedar Rapids, IA 52406-3177
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14331255      All American Plumbing
14331256      Amadeus Reservation System
14331276      Classic Travel of Naperville, Corp.
14331277      Classic Travel of Naperville, Corp.
14331278      Classic Travel of Naperville, Corp.
14331279      Classic Travel of Naperville, Corp.
14331280      Classic Travel of Naperville, Corp.
14331281      Classic Travel of Naperville, Corp.
14331282      Classic Travel of Naperville, Corp.
14331313      Norcor Naperville Assoc.
14331317      Paetec
14331320      Private Bank
14331342      Zygumunt
14331258*    +American Express,    Box 0001,    Los Angeles, CA 90096-8000
14331259*     American Express,    Box 0001,    Los Angeles, CA 90096-8000
14331267*     Bank of America,    PO Box 15019,    Wilmington, DE 19886-5153
14331296*     GMAC,    PO Box 380902,    Bloomington, MN 55438-0902
14331322*    +Public Storage,    2109 Ogden Ave.,    Lisle, IL 60532-1508
14331323*    +Public Storage,    2109 Ogden Ave.,    Lisle, IL 60532-1508
14331324*    +Public Storage,    2109 Ogden Ave.,    Lisle, IL 60532-1508
14331335*   ++VON MAUR INC,    6565 BRADY STREET,    DAVENPORT IA 52806-2054
              (address filed with court: Von Maur,     PO Box 790298,    Saint Louis, MO 63179-0298)
                                                                                              TOTALS: 13, * 8, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

```
District/off: 0752-1          User: pgordon          Page 3 of 3          Date Rcvd: Feb 14, 2011
Case: 09-30270                Form ID: pdf006        Total Noticed: 89
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 16, 2011**              **Signature:**   *Joseph Speetjens*