## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: CEREN, JEFFERY A. § Case No. 09-30270
      CEREN, JACQUELINE B. §
       §
Debtor(s) §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $1,213,185.00<br>*(without deducting any secured claims)* | Assets Exempt:  $226,000.00 |
| Total Distribution to Claimants: $9,486.81 | Claims Discharged<br>Without Payment:  $956,524.09 |
| Total Expenses of Administration:  $3,465.62 | |

    3) Total gross receipts of $    13,902.43    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     950.00    (see **Exhibit 2**), yielded net receipts of $12,952.43 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $5,268.59 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,465.62 | 3,465.62 | 3,465.62 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 21,484.68 | 21,484.68 | 9,486.81 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 0.00 | 944,526.22 | 944,526.22 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $974,745.11 | $969,476.52 | $12,952.43 |

    4) This case was originally filed under Chapter 7 on August 18, 2009. The case was pending for 21 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/28/2011    By: /s/JOSEPH R. VOILAND
                                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Vehicle: 2002 Chevy Pick-Up | 1129-000 | 6,100.00 |
| Vehicle: 2004 Dodge 1500 SLT (95000 Miles) | 1129-000 | 1,800.00 |
| 1988 Chevrolet Van | 1129-000 | 1,000.00 |
| 1999 Chevrolet Express 3500 van | 1129-000 | 1,400.00 |
| 2000 Chevrolet Express 3500 van | 1129-000 | 3,600.00 |
| Interest Income | 1270-000 | 2.43 |
| **TOTAL GROSS RECEIPTS** | | **$13,902.43** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Jeffrey A. Ceren and Jacqueline B. Ceren | payment of motor vehicle exemption | 8100-002 | 950.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$950.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Pinellas County Tax Collector | 4700-000 | N/A | 5,268.59 | 0.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$5,268.59** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | 2100-000 | N/A | 2,045.22 | 2,045.22 | 2,045.22 |
| JOSEPH R. VOILAND | 2200-000 | N/A | 205.40 | 205.40 | 205.40 |
| Martin Auction Services | 3610-000 | N/A | 1,200.00 | 1,200.00 | 1,200.00 |
| Martin Auction Services | 3620-000 | N/A | 15.00 | 15.00 | 15.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,465.62 | 3,465.62 | 3,465.62 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 16P | Illinois Department of Revenue | 5800-000 | N/A | 21,484.68 | 21,484.68 | 9,486.81 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 21,484.68 | 21,484.68 | 9,486.81 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Yellow Book Sales & Distribution Inc | 7100-000 | N/A | 11,811.65 | 11,811.65 | 0.00 |
| 3 | American Infosource Lp As Agent for | 7100-000 | N/A | 696.67 | 696.67 | 0.00 |
| 4 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 30,552.95 | 30,552.95 | 0.00 |
| 5 | PYOD LLC its successors and assigns as assignee of | 7100-000 | N/A | 107.54 | 107.54 | 0.00 |
| 6 | GE Money Bank dba BOMBARDIER | 7100-000 | N/A | 13,985.07 | 13,985.07 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 7 | Key Bank | 7100-000 | N/A | 137,048.74 | 137,048.74 | 0.00 |
| 8 | Chase Bank USA, N.A. | 7100-000 | N/A | 36,465.58 | 36,465.58 | 0.00 |
| 9 | Chase Bank USA, N.A. | 7100-000 | N/A | 32,331.06 | 32,331.06 | 0.00 |
| 10 | Ferguson Enterprises, Inc. #1550 | 7100-000 | N/A | 25,839.94 | 25,839.94 | 0.00 |
| 11 | INSCO DICO Group | 7100-000 | N/A | 24,702.19 | 24,702.19 | 0.00 |
| 12 | American Express Centurion Bank | 7100-000 | N/A | 7,495.89 | 7,495.89 | 0.00 |
| 13 | American Express Bank, FSB | 7100-000 | N/A | 242.75 | 242.75 | 0.00 |
| 14 | US Department of Education | 7100-000 | N/A | 17,273.10 | 17,273.10 | 0.00 |
| 15 | Von Maur Inc | 7100-000 | N/A | 365.18 | 365.18 | 0.00 |
| 16U | Illinois Department of Revenue | 7100-000 | N/A | 2,517.09 | 2,517.09 | 0.00 |
| 17 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 20,294.04 | 20,294.04 | 0.00 |
| 18 | Fia Card Services, NA/Bank of America | 7100-000 | N/A | 8,120.15 | 8,120.15 | 0.00 |
| 19 | Auburn Supply Co. | 7100-000 | N/A | 35,612.92 | 35,612.92 | 0.00 |
| 20 | The Private Bank and Trust Co | 7100-000 | N/A | 332,028.48 | 332,028.48 | 0.00 |
| 21 | The Private Bank and Trust Co | 7100-000 | N/A | 29,838.36 | 29,838.36 | 0.00 |
| 22 | The Private Bank and Trust Co | 7100-000 | N/A | 177,196.87 | 177,196.87 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 0.00 | 944,526.22 | 944,526.22 | 0.00 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-30270  
**Case Name:** CEREN, JEFFERY A.  
               CEREN, JACQUELINE B.  
**Period Ending:** 05/28/11

**Trustee:** (330380) JOSEPH R. VOILAND  
**Filed (f) or Converted (c):** 08/18/09 (f)  
**§341(a) Meeting Date:** 09/21/09  
**Claims Bar Date:** 05/19/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Residence: 2607 Turnberry Rd.St. Charles, IL. | 516,500.00 | 0.00 | DA | 0.00 | FA |
| 2 | Florida Property: 855 Bayway, Clearwater FL. | 222,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Cash On Hand | 600.00 | 0.00 | | 0.00 | FA |
| 4 | Private Bank CD held pursuant to irrevocable let | 10,600.00 | 8,200.00 | DA | 0.00 | FA |
| 5 | checking w/Bank of America | 100.00 | 100.00 | | 0.00 | FA |
| 6 | checking w/National City | 100.00 | 100.00 | | 0.00 | FA |
| 7 | Misc. Household Goods & Furnshings (Florida cond | 5,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | misc. framed prints and travel posters | 200.00 | 200.00 | | 0.00 | FA |
| 9 | Misc. Wearing Apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| 10 | Misc. Jewelry including wedding ring | 800.00 | 800.00 | | 0.00 | FA |
| 11 | misc. sporting and hobby equipment | 50.00 | 50.00 | | 0.00 | FA |
| 12 | IRA -husband | 153,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | 401(k) - wife | 30,000.00 | 0.00 | DA | 0.00 | FA |
| 14 | 100% shareholder in All American Plumbing, Inc. | 0.00 | 0.00 | DA | 0.00 | FA |
| 15 | 100% shareholder in Classic Travel of Naperville | 0.00 | 0.00 | DA | 0.00 | FA |
| 16 | savings bonds | 200.00 | 200.00 | | 0.00 | FA |
| 17 | Vehicle: 2002 Chevy Pick-Up | 3,925.00 | 1,525.00 | | 6,100.00 | FA |
| 18 | Vehicle: 2006 Cadillac STS (32400 Miles) | 15,825.00 | 0.00 | DA | 0.00 | FA |
| 19 | Vehicle: 2004 Dodge 1500 SLT (95000 Miles) | 4,350.00 | 1,950.00 | | 1,800.00 | FA |
| 20 | Vehicle: 2007 Chevy Yukon | 24,350.00 | 0.00 | DA | 0.00 | FA |
| 21 | 1988 Chevrolet Van | 500.00 | 500.00 | | 1,000.00 | FA |
| 22 | 1999 Chevrolet Express 3500 van | 1,500.00 | 1,500.00 | | 1,400.00 | FA |
| 23 | 2000 Chevrolet Express 3500 van | 1,500.00 | 1,500.00 | | 3,600.00 | FA |
| 24 | Boat: 2007 Sea Doo/Bombardier Speedster 200 W/T | 17,710.00 | 0.00 | DA | 0.00 | FA |
| 25 | 2004 27PC Formula boat | 218,000.00 | 6,000.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 2.43 | Unknown |
| 26 | Assets Totals (Excluding unknown values) | $1,227,010.00 | $22,625.00 | | $13,902.43 | $0.00 |

Printed: 05/28/2011 08:20 AM     V.12.54

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 09-30270  
**Case Name:** CEREN, JEFFERY A.  
CEREN, JACQUELINE B.  
**Period Ending:** 05/28/11

**Trustee:** (330380)  JOSEPH R. VOILAND  
**Filed (f) or Converted (c):** 08/18/09 (f)  
**§341(a) Meeting Date:** 09/21/09  
**Claims Bar Date:** 05/19/10

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   June 15, 2010    **Current Projected Date Of Final Report (TFR):**    February 15, 2011

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 09-30270  
**Case Name:** CEREN, JEFFERY A.  
CEREN, JACQUELINE B.  
**Taxpayer ID #:** **-***7435  
**Period Ending:** 05/28/11

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****89-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/23/10 | {19} | Glen Ellyn Trust Bank | proceeds from Jeff Ceren re purchase of 2004 Dodge Pick-up | 1129-000 | 1,800.00 | | 1,800.00 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.04 | | 1,800.04 |
| 04/20/10 | | Wire out to BNYM account 9200******8965 | Wire out to BNYM account 9200******8965 | 9999-000 | -1,800.04 | | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -1,800.04 | 0.00 | |
| **Subtotal** | 1,800.04 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$1,800.04** | **$0.00** | |

{} Asset reference(s)

Printed: 05/28/2011 08:20 AM V.12.54

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-30270  
**Case Name:** CEREN, JEFFERY A.  
CEREN, JACQUELINE B.  
**Taxpayer ID #:** **-***7435  
**Period Ending:** 05/28/11

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******89-65 - Money Market Account  
**Blanket Bond:** $50,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********8965 | Wire in from JPMorgan Chase Bank, N.A. account ********8965 | 9999-000 | 1,800.04 | | 1,800.04 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.03 | | 1,800.07 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.11 | | 1,800.18 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.10 | | 1,800.28 |
| 07/03/10 | | Martin Auction Services LLC Escrow | auction proceeds | | 12,100.00 | | 13,900.28 |
| | {17} | | 6,100.00 | 1129-000 | | | 13,900.28 |
| | {23} | | 3,600.00 | 1129-000 | | | 13,900.28 |
| | {22} | | 1,400.00 | 1129-000 | | | 13,900.28 |
| | {21} | | 1,000.00 | 1129-000 | | | 13,900.28 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.69 | | 13,900.97 |
| 08/12/10 | 11001 | Martin Auction Services | | | | 1,215.00 | 12,685.97 |
| | | | per Court order of 8/5/2010  1,200.00 | 3610-000 | | | 12,685.97 |
| | | | per court order of 8/5/2010  15.00 | 3620-000 | | | 12,685.97 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.81 | | 12,686.78 |
| 09/03/10 | 11002 | Jeffrey A. Ceren and Jacqueline B. Ceren | payment of motor vehicle exemption | 8100-002 | | 950.00 | 11,736.78 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.10 | | 11,736.88 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,736.97 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,737.06 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,737.15 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,737.24 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.09 | | 11,737.33 |
| 03/10/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 11,737.35 |
| 03/14/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 11,737.36 |
| 03/23/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.07 | | 11,737.43 |
| 03/23/11 | | To Account #9200******8966 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | | 11,737.43 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 13,902.43 | 13,902.43 | $0.00 |
| | | | Less: Bank Transfers | | 1,800.04 | 11,737.43 | |
| | | | **Subtotal** | | 12,102.39 | 2,165.00 | |
| | | | Less: Payments to Debtors | | | 950.00 | |
| | | | **NET Receipts / Disbursements** | | **$12,102.39** | **$1,215.00** | |

{} Asset reference(s)  
Printed: 05/28/2011 08:20 AM  V.12.54

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 09-30270  
**Case Name:** CEREN, JEFFERY A.  
CEREN, JACQUELINE B.  
**Taxpayer ID #:** **-***7435  
**Period Ending:** 05/28/11

**Trustee:** JOSEPH R. VOILAND (330380)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******89-66 - Checking Account  
**Blanket Bond:** $50,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/23/11 | | From Account #9200******8965 | TRANSFER FUNDS FROM MONEY MARKET ACCT TO GENERAL ACCT TO CLOSE CASE | 9999-000 | 11,737.43 | | 11,737.43 |
| 03/24/11 | 101 | JOSEPH R. VOILAND | Dividend paid 100.00% on $2,045.22, Trustee Compensation;  Reference: | 2100-000 | | 2,045.22 | 9,692.21 |
| 03/24/11 | 102 | JOSEPH R. VOILAND | Dividend paid 100.00% on $205.40, Trustee Expenses;  Reference: | 2200-000 | | 205.40 | 9,486.81 |
| 03/24/11 | 103 | Illinois Department of Revenue | Dividend paid  44.15% on $21,484.68; Claim# 16P; Final distribution | 5800-000 | | 9,486.81 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 11,737.43 | 11,737.43 | **$0.00** |
| | | | Less: Bank Transfers | | 11,737.43 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **11,737.43** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$11,737.43** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****89-65** | 1,800.04 | 0.00 | 0.00 |
| **MMA # 9200-******89-65** | 12,102.39 | 1,215.00 | 0.00 |
| **Checking # 9200-******89-66** | 0.00 | 11,737.43 | 0.00 |
| | **$13,902.43** | **$12,952.43** | **$0.00** |

{} Asset reference(s)

Printed: 05/28/2011 08:20 AM    V.12.54